IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 0 7 2011

GREGORY C. LANGHAM
CLERK

Civil Action No. 11-cv-01661-BNB

JASON GREGGORY COMPTON,

   Applicant,

v.

ELBERT COUNTY SHERIFF,

   Respondent.

---

ORDER TO FILE PRELIMINARY RESPONSE

---

Applicant, Jason Greggory Compton, currently is detained at the Elbert County Jail in Kiowa, Colorado. Mr. Compton, acting *pro se*, initiated this action by filing an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C.§ 2241 challenging his probation agreement

As part of the preliminary consideration of the Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 in this case, the Court has determined that a limited Preliminary Response is appropriate. Respondent is directed pursuant to *Redmon v. Wiley*, 550 F. Supp. 2d 1275 (D. Colo. 2008), and Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts, to file a Preliminary Response limited to addressing the affirmative defense of exhaustion of state-court remedies as may be required to challenge Mr. Compton's probation. If Respondent does not intend to raise this affirmative defense, Respondent must notify the Court of that decision in the Preliminary Response. Respondent may not file a dispositive motion as a Preliminary Response, or an Answer, or otherwise address the merits of

the claims in response to this Order.

In support of the Preliminary Response, Respondent should attach as exhibits copies of any filings Mr. Compton may have filed raising the issues asserted in the Application, as well as any responses to those filings.  Mr. Compton may reply to the Preliminary Response and provide any information that might be relevant to his efforts to exhaust his state remedies.  Accordingly, it is

ORDERED that **within twenty-one days from the date of this Order** Respondent shall file a Preliminary Response that complies with this Order.  It is

FURTHER ORDERED that **within twenty-one days of the filing of the Preliminary Response** Mr. Compton may file a Reply, if he desires.  It is

FURTHER ORDERED that if Respondent does not intend to raise the affirmative defense of exhaustion of administrative remedies Respondent must notify the Court of that decision in the Preliminary Response.

DATED September 7, 2011, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-01661-BNB

Jason Greggory Compton
Elbert County Jail
PO Box 486
Kiowa, CO 80117

The Elbert County Sheriff - **CERTIFIED**
751 Ute Ave
PO Box 486
Kiowa, CO 80117

United States Attorney General - **CERTIFIED**
Room 5111, Main Justice Bldg.
10th and Constitution, N.W.
Washington, D.C. 20530

United States Attorney
District of Colorado
**DELIVERED ELECTRONICALLY**

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to The Elbert County Sheriff, to The United States Attorney General, and to the United States Attorney's Office: APPLICATION FOR A WRIT OF HABEAS CORPUS 9/2/11 on September 7, 2011.

                                       GREGORY C. LANGHAM, CLERK

                               By: _____
                                          Deputy Clerk

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total | |

Postmark Here

11-cv-1661

Sent To: The Elbert County Sheriff
Street: 751 Ute Ave
or PO Box: PO Box 486
City, St: Kiowa, CO 80117

7007 1490 0001 4683 3195

PS Form ... ructions

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total | |

Postmark Here

11-cv-1661

7007 1490 0001 4683 3201

Sent To: United States Attorney General
Street, or PO Box: Room 5111, Main Justice Bldg.
10th and Constitution, N.W.
City, State: Washington, D.C. 20530

PS Form ... Instructions