IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01661-BNB

JASON GREGGORY COMPTON,

    Applicant,

v.

ELBERT COUNTY SHERIFF,

    Respondent.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 0 5 2011

GREGORY C. LANGHAM
CLERK

___

## SECOND ORDER TO FILE PRELIMINARY RESPONSE

___

As part of the preliminary consideration of the Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 that has been submitted to the Court in this action, the Court determined that a limited Preliminary Response is appropriate. On September 7, 2011, the Court entered an order directing Respondent to file a Preliminary Response within twenty-one days. Respondent has failed to respond as directed. The Court again will order Respondent to file a Preliminary Response in keeping with the Court's September 7, 2011, Order and to explain the failure to respond to the Court's September 7 Order in a timely manner. Accordingly, it is

ORDERED that **within ten days from the date of this Order** Respondent shall file a Preliminary Response that complies with this Order. It is

FURTHER ORDERED that **within twenty-one days of the filing of the Preliminary Response** Applicant may file a Reply, if he desires. It is

FURTHER ORDERED that if Respondent does not intend to raise either of the affirmative defenses of timeliness or exhaustion of state court remedies, Respondent must notify the Court of that decision in the Preliminary Response.

DATED October 5, 2011, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-01661-BNB

Jason Greggory Compton
Elbert County Jail
PO Box 486
Kiowa, CO 80117

The Elbert County Sheriff - **CERTIFIED**
751 Ute Ave
PO Box 486
Kiowa, CO 80117

The Elbert County Attorney's Office - **CERTIFIED**
10964 S Pike's Peak Dr
Parker, CO 80138

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to The Elbert County Sheriff and to the Elbert County Attorney's Office: APPLICATION FOR A WRIT OF HABEAS CORPUS 9/2/11 on October 5, 2011.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk

**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total F | |

Postmark Here

11-cv-1661-BNB

Sent To: The Elbert County Attorney's Office
Street, or PO B: 10964 S Pike's Peak Dr
City, St: Parker, CO 80138

7007 1490 0001 4683 3300

PS Form 3800, August...                              ...uctions

**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total P... | $ |

Postmark Here

11-cv-01661-BNB

Sent To: The Elbert County Sheriff
Street, A or PO Box: 751 Ute Ave   PO Box 486
City, State: Kiowa, CO 80117

7007 1490 0000 1783 3294